## SECOND DEPARTMENT, MAY, 1918.

JOHN W. GREENWOOD, Respondent, v. LUKE A. BURKE & SONS COMPANY. INC., Appellant.

*Negligence — act of God.*

Appeal by the defendant from a judgment of the Supreme Court, entered in the office of the clerk of the county of Queens on the 26th day of October, 1917, in favor of the plaintiff, and from an order, entered in said office on the 9th day of November, 1917, denying a motion for a new trial.

Judgment and order affirmed, with costs. No opinion. Thomas, Rich and Putnam, JJ., concurred; Jenks, P. J., read for reversal; Blackmar, J., not voting.

JENKS, P. J. (dissenting): I dissent. The circumstances of the accident are told in our former opinion (174 App. Div. 363), although we did not consider the negligence of the defendant. This verdict would hold the defendant for " an accident which he could not be reasonably expected to foresee." (21 Halsbury's Laws of England, 363, quoted in *Paul* v. *Consolidated Fireworks Co.*, 212 N. Y. 117–120; *Dougan* v. *Champlain Transportation Co.*, 56 id. 1; *Jex* v. *Straus*, 122 id. 293; *Beetz* v. *City of Brooklyn*, 10 App. Div. 382; *Loftus* v. *Union Ferry Co. of Brooklyn*, 84 N. Y. 455; *Ten Broeck* v. *Deinhardt*, 120 App. Div. 473.)